UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK MCCAGER KIDD,<br><br>Defendant. | §<br>§<br>§<br>§<br>§ CRIMINAL NO. EP-21-CR-1757-DB<br>§ ECF No. 29<br>§<br>§<br>§<br>§ |

## AMENDED POST-INDICTMENT RESTRAINING ORDER PURSUANT TO TITLE 21 U.S.C. § 853(e)

On this date came on to be considered the United States of America's Motion to Amend the Post-Indictment Restraining Order filed in this cause against Defendant JACK MCCAGER KIDD. The Court, having considered same, is of the opinion that the Motion is meritorious and should be, and hereby is, in all things GRANTED.

IT IS HEREBY ORDERED that the Defendant JACK MCCAGER KIDD, his spouse, agents and employees, and anyone with knowledge of the order, shall not directly or indirectly, transfer, sell, assign, pledge, distribute, hypothecate, encumber, attach or dispose of in any manner; cause to be transferred, sold, assigned, pledged, distributed, hypothecated, encumbered, attached or disposed of in any manner; or take, or cause to be taken, any action that would have the effect of depreciating, damaging, or in any way diminishing the value of the Subject Bank Accounts during the pendency of the criminal case; and, IT IS FURTHER

ORDERED that the owners of the Subject Bank Accounts, including Defendant JACK MCCAGER KIDD, shall not allow illegal activity to occur at any of the Subject Bank Accounts, including:

**City Bank**

1. Any and all funds on deposit in City Bank account number XXXX1654 in the name of Arapaho communications LP;
2. Any and all funds on deposit in City Bank account number XXXX1662 in the name of Arapaho Communications Management, LLC;
3. Any and all funds on deposit in City Bank account number XXXX1921 in the name of VMK JMK Investment Holding, LLC;
4. Any and all funds on deposit in City Bank account number XXXX3215 in the name of VMK JMK Investment Holding, LLC;
5. Any and all funds on deposit in City Bank account number XXXX3223 in the name of V & J Classic Cars, LLC;
6. Any and all funds on deposit in City Bank account number XXXX3717 in the names of Jack McCager Kidd and Victa Mae Kidd;
7. Any and all funds on deposit in City Bank account number XXXX3733 in the name of Jack McCager Kidd;

**Bank of the West/WestStar Bank**

8. Any and all funds on deposit in Bank of the West/WestStar Bank account number XXX2611 in the name of Arapaho Communications LP;
9. Any and all funds on deposit in Bank of the West/WestStar Bank account number XXX3839 in the name of Arapaho Pipe & Supply, LP;
10. Any and all funds on deposit in Bank of the West/WestStar Bank account number XXX4631 in the name of Arapaho Communications, LP;
11. Any and all funds on deposit in Bank of the West/WestStar Bank account number XXX0723 in the name of Jack Kidd & Victa Kidd;
12. Any and all funds on deposit in Bank of the West/WestStar Bank account number XXX2638 in the name of KGH Development Inc.;
13. Any and all funds on deposit in Bank of the West/WestStar Bank account number XXX4844 in name of KGH Development Inc.;

**First Light Credit Union**

14. Any and all funds on deposit in First Light Credit Union account number XXX6065 and the following sub-accounts: XXX6065-0001, XXX6065-0100, XXX6065-0070, in the name of Jack Kidd;
15. Any and all funds on deposit in First Light Credit Union account number XXX8357 and the following sub-accounts: XXX8357-0001, XXX8357-0100, XXX8357-0080, in the name of VMK-JMK Investment, LP;
16. Any and all funds on deposit in First Light Credit Union account number XXX3586 and the following sub-accounts: XXX3586-001, XXX3586-0080, XXX3586-0100, in the name of JM Kidd Family;

**Morgan Stanley**

17. Any and all funds on deposit in Morgan Stanley account number XXX-XX7503 in the name of J.M. Kidd Family, LP;
18. Any and all funds on deposit in Morgan Stanley account number XXX-XX4619 in the name of J.M. Kidd Family, LP;
19. Any and all funds on deposit in Morgan Stanley account number XXX-XX9341 in the name of J.M. Kidd Family, LP;
20. Any and all funds on deposit in Morgan Stanley account number XXX-XX1061 in the name of SEP IRS C/F Jack M. Kidd; and
21. Any and all funds on deposit in Morgan Stanley account number XXX-XX2903 in the name of J.M. Kidd Family, LP.,

hereinafter referred to collectively as the Subject Bank Accounts; IT IS FURTHER

ORDERED that the United States shall monitor compliance with this Order by all lawful means available; IT IS FUTHER

ORDERED that any financial institution holding any of the business or merchant accounts by or for any and all With respect to financial institutions to include but not limited to, City Bank, Bank of the West/WestStar Bank, holding the Subject Accounts described in 1,2,8,9,10, and 12 above, any financial institution holding any of the business or merchant accounts by or for JACK MCCAGER KIDD, Arapaho communications LP, Arapaho Communications Management, LLC., Arapaho Communications LP, Arapaho Pipe & Supply, LP, and KGH Development Inc. will (i.) upon written request by the United States Marshals Service ("USMS"), will alter the signature cards to issue signature authority in the names of persons designated by the USMS, and provide the USMS with access to online banking; (ii.) will take no offset against any account, but continue to allow debits and withdrawals from the account unless otherwise approved and directed in writing by the USMS; (iii.) will continue to credit any deposits, interest, dividends, capital gains distributions, or other credits to any such account in the normal course of business, provided that any such deposits, interest, dividends, capital gains distributions, or other credits shall be subject to this Order; (iv.) upon receiving notice of this Order, will promptly inform the USMS as to the

account balances at the time of notice, and thereafter promptly respond to requests from the USMS for updated information about the accounts' status, balances, and activity; IT IS FURTHER

ORDERED that any financial institution holding any of the business or merchant accounts by or for any and all with respect to financial institutions to include but not limited to, City Bank, Bank of the West/WestStar Bank, First Light Credit Union, and Morgan Stanley, holding the remaining Subject Bank Accounts, any financial institution holding any of the business or merchant accounts by or for JACK MCCAGER KIDD, VMK JMK Investment Holding, LLC, V&J Classic Cars, LLC.; Jack McCager Kidd and Victa Mae Kidd; KGH Development Inc.; VMK-JMK Investment, LP, JM Kidd Family; J.M. Kidd Family, LP will (i.) upon written request by the USMS, will alter the signature cards to issue signature authority in the names of persons designated by the USMS, and provide the USMS with access to online banking; (ii.) will take no offset against any account, will not allow debits and withdrawals from the account unless otherwise approved and directed in writing by the USMS; (iii.) will continue to credit any deposits, interest, dividends, capital gains distributions, or other credits to any such account in the normal course of business, provided that any such deposits, interest, dividends, capital gains distributions, or other credits shall be subject to this Order; (iv.) upon receiving notice of this Order, will promptly inform the USMS as to the account balances at the time of notice, and thereafter promptly respond to requests from the USMS for updated information about the accounts' status, balances, and activity; IT IS FURTHER

ORDERED that the United States Attorney's Office shall serve a copy of this Order on all individuals or entities believed to have any share of ownership of, or custody of, or access to, the Subject Bank Accounts, and any financial institution holding any of the business or merchant accounts by or for JACK MCCAGER KIDD, Arapaho communications LP, Arapaho

Communications Management, LLC., Arapaho Communications LP, Arapaho Pipe & Supply, LP, VMK JMK Investment Holding, LLC, V&J Classic Cars, LLC.; Jack McCager Kidd and Victa Mae Kidd; KGH Development Inc.; VMK-JMK Investment, LP, JM Kidd Family; J.M. Kidd Family, LP, and a return reflecting the dates and times of service shall be made; IT IS FURTHER

ORDERED that the United States also requests that this Court retain jurisdiction of this matter for all purposes and that the terms of this order remain in full force and effect until judgment is rendered in the criminal case filed against the previously named Defendant or until further order of the Court.

IT IS SO ORDERED.

SIGNED this _14th_ day of ___Jan.___, 2022.

HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE